# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHRISTOPHER CAMPBELL,  )
          )
    **Petitioner/Defendant,** )
          ) **CIVIL NO. 06-cv-4084-JPG**
**vs.**          )
          ) **CRIMINAL NO. 02-cr-40078**
**UNITED STATES of AMERICA ,** )
          )
    **Respondent/Plaintiff.** )

## <u>JUDGMENT</u>

   This action came before the Court for a ruling on Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255.  The Court has rendered the following decision:

   **IT IS ORDERED AND ADJUDGED** that the motion is **DENIED**, and this action is summarily **DISMISSED** with prejudice.  Judgment is entered in favor of Respondent and against Petitioner.  Petitioner is to take nothing from this action.

<u>October 20, 2006</u>     By:  <u>**s/ J. Phil Gilbert**</u>
*Date*             *District Judge*